

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00025-CR

EX PARTE ADAN CHAVEZ

§ On Appeal from the 89th District Court

§ of Wichita County (DC89-CV2023-2307)

§ March 21, 2024

§ Memorandum Opinion by Justice Walker

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
    Justice Brian Walker